JOHN J. TOWNSEND, Respondent, *v.* THE NEW YORK LIFE INSURANCE AND TRUST COMPANY as Administrator, etc., Appellant.

(Argued January 21, 1884; decided February 8, 1884.)

REVERSED on the ground that there was not evidence sufficient to sustain certain of the referee's findings of fact.

*Ira D. Warren* for appellant.

*Joseph H. Choate* for respondent.

DANFORTH, J., reads for reversal.
All concur.
Judgment reversed.